Javier VALENCIA–VALENCIA, aka Francisco Valencia, Petitioner,

v.

IMMIGRATION AND NATURALIZATION SERVICE, Respondent.

No. 99–71364.
I & NS No. A37–735–803.

United States Court of Appeals, Ninth Circuit.

Submitted April 13, 2001 *.

Decided Nov. 8, 2001.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before SCHROEDER, Chief Judge,
D.W. NELSON, and RAWLINSON,
Circuit Judges.

### MEMORANDUM **

Javier Valencia–Valencia petitions for review of an order of the Board of Immigration Appeals finding him removable as an aggravated felon under INA § 237(a)(2)(A)(iii), 8 U.S.C. § 1227(a)(2)(A)(iii). Petitioner pled guilty on August 6, 1998, to Driving Under the Influence of Alcohol with Injury, in violation of California Vehicle Code § 23153(b). In *United States v. Trinidad–Aquino*, 259 F.3d 1140 (9th Cir.2001), this court held that a violation of § 23153 is not a "crime of violence" as defined in 18 U.S.C. § 16. Therefore, we find that petitioner's conviction does not qualify as an aggravated felony under 8 U.S.C. § 1101(a)(43)(F).

PETITION GRANTED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts in this circuit except as provided by Ninth Circuit Rule 36–3.

